**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1207**

─────────────

SORAYA NOLAND,

Plaintiff - Appellant,

and

ROSE O. HAYES,

Plaintiff,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-99-1027-A)

─────────────

Submitted: October 31, 2000        Decided: November 17, 2000

─────────────

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jonathan R. Mook, DiMURO, GINSBERG & MOOK, P.C., Alexandria, Vir-
ginia, for Appellant. Helen F. Fahey, United States Attorney,
Arthur E. Peabody, Jr., Assistant United States Attorney, Alex-
andria, Virginia; Thomas J. Marshall, Stephan J. Boardman, UNITED
STATES POSTAL SERVICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Soraya Noland appeals from the district court's order granting summary judgment in favor of the U.S. Postal Service in her employment discrimination action. Our review the record, the district court's opinion, and the parties' briefs discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Noland v. Henderson</u>, No. CA-99-1027-A (E.D. Va. Jan. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2